United States District Court
Southern District of Texas
ENTERED
November 24, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PORFIRIO ZACHARY RODRIGUEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. H-26-8585 |
| | § | |
| JOSEPH B. EDLOW, | § | |
| Director of United States | § | |
| Citizenship and Immigration | § | |
| Services, et al., | § | |
| | § | |
| Defendants. | § | |

ORDER OF DISMISSAL

The Court is in receipt of the parties' Joint Stipulation of Voluntary Dismissal Without Prejudice, Pursuant to Rule 41(a)(1)(A)(ii), FED. R. CIV. P., filed at Document No. 7. It is hereby

ORDERED that the parties' Joint Stipulation of Voluntary Dismissal Without Prejudice Pursuant to Rule 41(a)(1)(A)(ii), FED. R. CIV. P. (Doc. No. 7) is GRANTED and this case is DISMISSED without prejudice, with each party to bear its own costs.

The Clerk will enter this Order and notify all parties.

SIGNED at Houston, Texas, on this 24TH day of November 2026.

Ewing Werlein, Jr.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE